ORIGINAL

FILED

10/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0437

IN THE SUPREME COURT OF THE STATE OF MONTANA

CAUSE NO. DA 20-0437

OFFICE OF ADMINISTRATIVE HEARINGS:

FRANCIS A. BOLTON, JOSHUA N. BOLTON, TIM J. BYRNES, SHAWN COATES, DANILE F. EMETT, MICHAEL L. GIACOMINO, ROBERT W. KENT, KEVIN S. LANE, JACOB S. PETERSEN, DANIEL J. POWERS, MARK J. POWERS, KEVIN J. SEYMOUR, DAVID B. STARCEVICH, JESSE E. TRACY, CLARK R. WARD, and RYAN P. ZEMLJAK,

      Claimants and Appellants,

Vs.

BUTTE SILVER BOW PUBLIC WORKS, WATER UTILITY DIVISION,

      Respondent and Appellee

---

ORDER FOR EXTENSION OF TIME FOR FILING APPELLANT'S OPENING BRIEF

---

UPON MOTION of the Appellants and good cause appearing therefor,

IT IS HEREBY ORDERED that the time for the filing of the Appellant's opening brief is extended to and including December 1, 2020.

DATED THIS 21st DAY OF October, 2020.

BY

CC: Jeffrey W. Dahood
Cynthia L. Walker

FILED

OCT 21 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana